**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　　　　　212-267-7342

Defendant: **Schneider Logistics, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 60138871 | 11/30/2022 | $631.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 60138870 | 11/30/2022 | $8,887.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 60138869 | 11/30/2022 | $18,376.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 60138868 | 11/30/2022 | $960.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 60138867 | 11/30/2022 | $2,758.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 59993100 | 11/18/2022 | $219,482.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 59718192 | 10/28/2022 | $15,262.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 59718191 | 10/28/2022 | $1,078.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 59718190 | 10/28/2022 | $2,800.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 59718189 | 10/28/2022 | $1,060.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112600 | $490,778.48 | 2/27/2023 | 59718188 | 10/28/2022 | $219,482.00 |

**Totals:** 1 transfer(s), $490,778.48